No. _____19-1962_____

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | |
|---|---|
| Estate of Michaelangelo Jackson, et al., <br><br> v. <br><br> Richard Billingslea, et al. | : <br> : <br> : <br> :      STIPULATION TO DISMISS <br> : <br> : <br> : <br> : <br> : |

    :   :   :   :   :   :

Pursuant to Rule 33 of the local Rules of the Sixth Circuit, the undersigned hereby stipulate that the above appeal(s) may be dismissed with prejudice upon such terms as have been agreed upon by the parties.


/s/ Solomon M. Radner _____      /s/ Sheri L. Whyte _____



## CERTIFICATE OF SERVICE


The electronic signature above certifies that all counsel of record have been electronically served with this document as the date of filing.